| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | JOHN R. EDWARDS |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, AND STATE OF CALIFORNIA, *EX REL.* THOMAS REILLY, GARRETT LEE, KEVIN SCHMIDT, TERRY HILLIARD | CASE NO. 1:17-CV-00613 AWI-SKO |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | **[FILED UNDER SEAL]** |
| ADVENTIST HEALTH, SAN JOAQUIN COMMUNITY HOSPITAL, PREMIER PHYSICIAN ALLIANCE, RAYMOND ZURCHER, DONALD CORNFORTH, KURT HOEKENDORF, PAUL GRIFFEN, WILLIAM SOPER, SCOTT REINER, AND ROBERT BEEHLER, | |
| Defendants. | |

The United States having declined to intervene in this action pursuant to the Federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED:

1. This action and all filings shall remain under seal until the State of California notifies the Court whether it intends to proceed or decline under the State False Claims Act, Cal. Gov. Code § 12652(c)(6), or until further order of this Court;

2. After the State of California notifies the Court whether it intends to proceed or decline in this action, the amended complaint, this Order, and The United States' Notice of Election to Decline Intervention shall be unsealed and served upon the defendants by the relators;

3. All other contents of the Court's file in this action occurring before the date of this Order shall remain under seal and not be made public or served upon the defendants;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and

7. Should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated:   February 2, 2018                           _____
                                                                       SENIOR  DISTRICT  JUDGE

[PROPOSED] ORDER                                          2