UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA and STATE OF CALIFORNIA *EX REL.* THOMAS REILEY, GARRETT LEE, KEVIN SCHMIDT, and TERRY HILLIARD,**<br><br>**Plaintiffs**<br><br>v.<br><br>**ADVENT HEALTH, et al.,**<br><br>**Defendants** | CASE NO. 1:17-CV-0613 AWI SKO<br><br>**ORDER FOLLOWING NOTICE OF ELECTION**<br><br>[FILED UNDER SEAL]<br><br>(Doc. No. 17) |

On January 28, 2019, the Attorney General of the State of California ("AGO") declined to intervene in this action pursuant to California Government Code §12652(c)(8)(D). In January 2018, the United States declined to intervene in the case pursuant to 31 U.S.C. § 3730(b)(4)(B).

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the AGO. The AGO may order any deposition transcripts and is entitled to intervention in this action, for good cause, at any time.
2. All orders filed in this action shall be served on the AGO.
3. The parties shall inform the AGO if either the *qui tam* plaintiffs or the defendants propose to dismiss, settle, or otherwise terminate this action.
4. The parties shall serve upon the AGO any notice of any appeal and copies of the notice

or petition initiating the appeal. Such notices shall be served upon Courtney Towle, Deputy Attorney General, False Claims Unit.

5. The AGO shall be given an opportunity to be heard before the Court rules on, or grants its approval to, any settlement or termination of this action.

6. Once the Court lifts the stay in this matter, this order, as well as Document Nos. 8 (the First Amended Complaint), 10 (the United States' election not to intervene), 12 (the Court's order regarding the United States' election), and 17 (the AGO's election not to intervene) will be unsealed. All other docket entries will remain sealed.

IT IS SO ORDERED.

Dated:   February 1, 2019

SENIOR DISTRICT JUDGE