# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA and STATE OF CALIFORNIA *EX REL.* THOMAS REILEY, GARRETT LEE, KEVIN SCHMIDT, and TERRY HILLIARD,**<br><br>**Plaintiffs**<br><br>v.<br><br>**ADVENT HEALTH, et al.,**<br><br>**Defendants** | CASE NO. 1:17-CV-0613 AWI SKO<br><br>**ORDER FOLLOWING NOTICE OF APPEARANCE AND EXPIRATION OF STAY**<br><br>(Doc. No. 17) |

On April 12, 2019, the Court extended the stay in this *quit tam* action, as well as the seal. The stay expires today, July 2, 2019. On July 1, 2019, additional counsel appeared for Plaintiffs. With the appearance of new counsel and the expiration of the stay, it is appropriate for this case to proceed. Therefore, the Court will formally lift the stay, unseal certain documents, and order the Plaintiffs to serve the First Amended Complaint on Defendants.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay in this matter is LIFTED;
2. Document Numbers 8 (the First Amended Complaint), 10 (the United States' election not to intervene), 12 (the order regarding the United States' election), 17 (California's election not to intervene), 19 (the order regarding California's election), 20 (designation of counsel by the United States), and 23 (notice of appearance for Plaintiffs) are UNSEALED;
3. Document Numbers 1, 2, 3, 4, 5, 6, 7, 9, 11, 13, 14, 15, 16, 18, 21, and 22 are to REMAIN SEALED at this time;

4. This order, as well as all further filings in this case, will not be filed under seal;[1]

5. Plaintiff shall serve the First Amended Complaint, as well as a copy of this order, on Defendants; and

6. This matter is referred to the Magistrate Judge for purposes of facilitating service of process and the setting of a scheduling conference.

IT IS SO ORDERED.

Dated:   July 3, 2019                                   _____
                                                        SENIOR DISTRICT JUDGE

---

[1] Of course, if a party believes that a subsequent document should be filed under seal, that party may file a "motion to file document under seal."