# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| Unitied States of America and State of California; | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-00613-AWI-SKO |
| Advent Health, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Plaintiffs; United States of America and State of California Ex Rel. Thomas Reilly, Garrett Lee, Kevin Schmidt and Terry Hilliard .

Date: 07/11/2019

Jeffrey R Lamb
*Attorney's signature*

Jeffrey R. Lamb SBN 257648
*Printed name and bar number*

McNicholas & McNicholas
10866 Wilshire Blvd. Ste. 1400
Los Angeles, CA 90024
*Address*

jrl@mcnicholaslaw.com
*E-mail address*

(310) 424-1582
*Telephone number*

(310) 475-7871
*FAX number*