| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Jason M. Ohta (Bar No. 211107) |
| 2 | jason.ohta@lw.com |
| | 12670 High Bluff Drive |
| 3 | San Diego, CA 92130-2071 |
| | Telephone: +1.858.523.5400 |
| 4 | Facsimile: +1.858.523.5450 |

*Attorneys for Defendants Adventist Health, San Joaquin Community Hospital, Robert Beehler, Kurt Hoekendorf, Scott Reiner, and William Brent Soper*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA, *ex rel.* THOMAS REILLY, GARRETT LEE, KEVIN SCHMIDT, AND TERRY HILLIARD, <br><br> Plaintiffs, <br><br> v. <br><br> ADVENTIST HEALTH, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-00613-AWI-SKO <br><br> **STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** <br><br> **(Doc. 32)** <br><br> Mag. Judge: Hon. Sheila K. Oberto <br> Complaint Filed: August 23, 2017 <br> Complaint Unsealed: July 3, 2019 <br> Trial Date: None Set |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

US-DOCS\110638661

STIPULATION TO CONTINUE MANDATORY
SCHEDULING CONFERENCE
CASE NO. 1:17-cv-00613-AWI-SKO

| | |
|---|---|
| 1 | Plaintiffs Thomas Reilly, Garrett Lee, Kevin Schmidt and Terry Hilliard (collectively, |
| 2 | ("Plaintiffs"), and Defendants Adventist Health, San Joaquin Community Hospital ("SJCH"), |
| 3 | Robert Beehler, Kurt Hoekendorf, Scott Reiner, and William Brent Soper (collectively, |
| 4 | "Defendants"), by and through their counsel of record, respectfully submit this Joint Stipulation |
| 5 | to Continue the Mandatory Scheduling Conference currently set for October 8, 2019 pursuant to |
| 6 | the Court's July 8, 2019 Order Setting Mandatory Scheduling Conference (Dkt. No. 26). |
| 7 | **WHEREAS**, Plaintiffs served Defendants Adventist Health and SJCH with a copy of the |
| 8 | First Amended Complaint on August 20, 2019; |
| 9 | **WHEREAS**, Plaintiffs served Defendant Kurt Hoekendorf with a copy of the First |
| 10 | Amended Complaint on August 24, 2019; |
| 11 | **WHEREAS**, the parties have met and conferred and have stipulated that Defendants may |
| 12 | have until October 8, 2019, to file a responsive pleading to Plaintiffs' First Amended Complaint; |
| 13 | **WHEREAS**, the parties have met and conferred and believe that it would be a better use |
| 14 | of judicial resources to continue the Mandatory Scheduling Conference until after the responsive |
| 15 | pleading is filed; |
| 16 | **NOW, HEREBY, THE PARTIES STIPULATE AND AGREE** that the Mandatory |
| 17 | Scheduling Conference shall be continued forty-five (45) days to November 22, 2019, or at |
| 18 | another date convenient for the court. |
| 19 | **IT IS SO STIPULATED AND AGREED.** |

Dated: September 9, 2019           Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Jason M. Ohta
    Jason M. Ohta

*Attorneys for Defendants Adventist Health,
San Joaquin Community Hospital,
Robert Beehler, Kurt Hoekendorf,
Scott Reiner and William Brent Soper*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
US-DOCS\110638661

1

STIPULATION TO CONTINUE MANDATORY
SCHEDULING CONFERENCE
CASE NO. 1:17-cv-00613-AWI-SKO

| | | |
|---|---|---|
| Dated: September 9, 2019 | | CLAYPOOL LAW FIRM |
| | | By: /s/ Brian E. Claypool |
| | | Brian E. Claypool |
| | | *Attorneys for Plaintiffs Thomas Reilly, Garrett Lee, Kevin Schmidt and Terry Hilliard* |
| Dated: September 9, 2019 | | MCNICHOLAS & MCNICHOLAS, LLP |
| | | By: /s/ Jeffrey R. Lamb |
| | | Jeffrey R. Lamb |
| | | *Attorneys for Plaintiffs Thomas Reilly, Garrett Lee, Kevin Schmidt and Terry Hilliard* |

**ORDER**

Pursuant to the parties' above stipulation (Doc. 32), the Mandatory Scheduling Conference currently set for October 8, 2019, is CONTINUED to November 26, 2019, at 10:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The parties SHALL file their joint scheduling report by no later than November 19, 2019.

IT IS SO ORDERED.

Dated: **September 10, 2019**     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE