LATHAM & WATKINS LLP
   Jason M. Ohta (Bar No. 211107)
   *jason.ohta@lw.com*
12670 High Bluff Drive
San Diego, CA 92130-2071
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450

*Attorneys for Defendants Adventist Health, San Joaquin Community Hospital, Robert Beehler, Kurt Hoekendorf, Scott Reiner, and William Brent Soper*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA, *ex rel.* THOMAS REILLY, GARRETT LEE, KEVIN SCHMIDT, AND TERRY HILLIARD,<br><br>Plaintiffs,<br><br>v.<br><br>ADVENTIST HEALTH, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-00613-AWI-SKO<br><br>**SECOND JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER**<br><br>**(Doc. 37)**<br><br>Mag. Judge: Hon. Sheila K. Oberto<br>Complaint Filed: August 23, 2017<br>Complaint Unsealed: July 3, 2019<br>Trial Date: None Set |

| | |
|---|---|
| 1 | Plaintiffs Thomas Reilly, Garrett Lee, Kevin Schmidt and Terry Hilliard (collectively, ("Plaintiffs"), and Defendants Adventist Health, San Joaquin Community Hospital ("SJCH"), Robert Beehler, Kurt Hoekendorf, Scott Reiner, and William Brent Soper (collectively, "Defendants"), by and through their counsel of record, respectfully submit this Joint Stipulation to Continue the Mandatory Scheduling Conference currently set for November 26, 2019 pursuant to the Court's September 11, 2019 Order re: Stipulation to Continue Mandatory Scheduling Conference (Dkt. No. 33). |

Plaintiffs Thomas Reilly, Garrett Lee, Kevin Schmidt and Terry Hilliard (collectively, ("Plaintiffs"), and Defendants Adventist Health, San Joaquin Community Hospital ("SJCH"), Robert Beehler, Kurt Hoekendorf, Scott Reiner, and William Brent Soper (collectively, "Defendants"), by and through their counsel of record, respectfully submit this Joint Stipulation to Continue the Mandatory Scheduling Conference currently set for November 26, 2019 pursuant to the Court's September 11, 2019 Order re: Stipulation to Continue Mandatory Scheduling Conference (Dkt. No. 33).

**WHEREAS**, Plaintiffs served Defendants Adventist Health and SJCH with a copy of the First Amended Complaint ("FAC") on August 20, 2019;

**WHEREAS**, Plaintiffs served Defendant Kurt Hoekendorf with a copy of the FAC on August 24, 2019;

**WHEREAS**, this Court approved the parties' Joint Stipulation to Continue the Mandatory Scheduling Conference filed on September 9, 2019, and continued the Mandatory Scheduling Conference to November 26, 2019;

**WHEREAS**, Defendant Paul Griffin filed his answer to the FAC on September 19, 2019;

**WHEREAS**, Defendants filed a Motion to Dismiss Plaintiffs' FAC on October 8, 2019 (Dkt. No. 35);

**WHEREAS**, Plaintiffs' filed their opposition to Defendants' motion to dismiss on November 4, 2019;

**WHEREAS**, the parties have stipulated that Defendants may file their reply brief in support of the motion to dismiss on November 11, 2019;

**WHEREAS**, the hearing on Defendants' motion to dismiss is set for November 18, 2019 before the Honorable Anthony Ishii;

**WHEREAS**, the parties have met and conferred and believe that the Court's resolution of Defendants' motion to dismiss may impact discovery and the amount of claims moving forward;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

US-DOCS\111557800

1

STIPULATION TO CONTINUE MANDATORY
SCHEDULING CONFERENCE; ORDER
CASE NO. 1:17-cv-00613-AWI-SKO

| | |
|---|---|
| 1 | **WHEREAS**, the parties have met and conferred and believe it is in the interest of judicial economy to continue the Mandatory Scheduling Conference currently set for November 26, 2019, to January 28, 2020; |
| 4 | **NOW, HEREBY, THE PARTIES STIPULATE AND AGREE** that the Mandatory Scheduling Conference shall be continued to January 28, 2020, or at another date convenient for the Court. |
| 7 | **IT IS SO STIPULATED AND AGREED.** |

Dated: November 6, 2019     Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Jason M. Ohta
      Jason M. Ohta

*Attorneys for Defendants Adventist Health,
San Joaquin Community Hospital,
Robert Beehler, Kurt Hoekendorf,
Scott Reiner and William Brent Soper*

Dated: November 6, 2019     FENTON LAW GROUP, LLP

By: /s/ Benjamin J. Fenton
      Benjamin J. Fenton

*Attorneys for Defendant Paul Griffin*

Dated: November 6, 2019     CLAYPOOL LAW FIRM

By: /s/ Brian E. Claypool
      Brian E. Claypool

*Attorneys for Plaintiffs Thomas Reilly,
Garrett Lee, Kevin Schmidt and Terry Hilliard*

///
///
///
///

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
US-DOCS\111557800

2

STIPULATION TO CONTINUE MANDATORY
SCHEDULING CONFERENCE; ORDER
CASE NO. 1:17-cv-00613-AWI-SKO

| | | |
|---|---|---|
| Dated: November 6, 2019 | | MCNICHOLAS & MCNICHOLAS, LLP |

By: /s/ Jeffrey R. Lamb
Jeffrey R. Lamb

*Attorneys for Plaintiffs Thomas Reilly,
Garrett Lee, Kevin Schmidt and Terry Hilliard*

## **ORDER**

Pursuant to the parties' above stipulation (Doc. 37), and for good cause shown, the Mandatory Scheduling Conference currently set for November 26, 2019, is **CONTINUED to February 20, 2020, at 9:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto**. **The parties SHALL file their joint scheduling report by no later than February 13, 2020.**

IT IS SO ORDERED.

Dated: __**November 6, 2019**__        /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE