LATHAM & WATKINS LLP
   Jason M. Ohta (Bar No. 211107)
   *jason.ohta@lw.com*
12670 High Bluff Drive
San Diego, CA 92130-2071
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450

*Attorneys for Defendants Adventist Health, San Joaquin Community Hospital, Robert Beehler, Kurt Hoekendorf, Scott Reiner, and William Brent Soper*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES and the STATE OF CALIFORNIA, *ex rel.* THOMAS REILLY, GARRETT LEE, KEVIN SCHMIDT, AND TERRY HILLIARD,<br><br>Plaintiffs,<br><br>v.<br><br>ADVENTIST HEALTH, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-00613-AWI-SKO<br><br>**THIRD JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER**<br><br>**(Doc. 44)**<br><br>Mag. Judge: Hon. Sheila K. Oberto<br>Complaint Filed: August 23, 2017<br>Complaint Unsealed: July 3, 2019<br>Trial Date: None Set |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

US-DOCS\113709257.1

STIPULATION TO CONTINUE MANDATORY
SCHEDULING CONFERENCE; ORDER
CASE NO. 1:17-cv-00613-AWI-SKO

Plaintiffs Thomas Reilly, Garrett Lee, Kevin Schmidt and Terry Hilliard (collectively, ("Plaintiffs"), and Defendants Adventist Health, San Joaquin Community Hospital ("SJCH"), Robert Beehler, Kurt Hoekendorf, Scott Reiner, William Brent Soper and Paul Griffin (collectively, "Defendants"), by and through their counsel of record, respectfully submit this Third Joint Stipulation to Continue the Mandatory Scheduling Conference currently set for February 20, 2020 pursuant to the Court's November 6, 2019 Order re: Second Joint Stipulation to Continue Mandatory Scheduling Conference (Dkt. No. 38).

**WHEREAS**, Plaintiffs served Defendants Adventist Health and SJCH with a copy of the First Amended Complaint ("FAC") on August 20, 2019;

**WHEREAS**, Plaintiffs served Defendant Kurt Hoekendorf with a copy of the FAC on August 24, 2019;

**WHEREAS**, this Court approved the parties' Joint Stipulation to Continue the Mandatory Scheduling Conference filed on September 9, 2019, and continued the Mandatory Scheduling Conference to November 26, 2019 (Dkt. No. 33);

**WHEREAS**, Defendant Paul Griffin filed his answer to the FAC on September 19, 2019 (Dkt. No. 34);

**WHEREAS**, Defendants filed a Motion to Dismiss Plaintiffs' FAC on October 8, 2019 (Dkt. No. 35);

**WHEREAS**, Plaintiffs' filed their opposition to Defendants' motion to dismiss on November 4, 2019 (Dkt. No. 36);

**WHEREAS**, this Court approved the parties' Second Joint Stipulation to Continue the Mandatory Scheduling Conference filed on November 7, 2019, and continued the Mandatory Scheduling Conference to February 20, 2020 (Dkt. No. 38);

**WHEREAS**, Defendants filed their reply brief in support of the motion to dismiss on November 11, 2019 (Dkt. No. 39);

**WHEREAS**, the November 18, 2019 hearing on Defendants' motion to dismiss was vacated and taken under submission without oral argument by the Honorable Anthony Ishii (Dkt. No. 40);

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

US-DOCS\113709257.1

1

STIPULATION TO CONTINUE MANDATORY
SCHEDULING CONFERENCE; ORDER
CASE NO. 1:17-cv-00613-AWI-SKO

**WHEREAS**, the parties have met and conferred and believe that the Court's resolution of Defendants' motion to dismiss may impact discovery and the amount of claims moving forward;

**WHEREAS**, the parties have met and conferred and believe it is in the interest of judicial economy to continue the Mandatory Scheduling Conference currently set for February 20, 2020, to April 23, 2020;

**NOW, HEREBY, THE PARTIES STIPULATE AND AGREE** that the Mandatory Scheduling Conference shall be continued to April 23, 2020, or at another date convenient for the Court.

**IT IS SO STIPULATED AND AGREED.**

Dated: January 29, 2020	Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Jason M. Ohta
      Jason M. Ohta

*Attorneys for Defendants Adventist Health, San Joaquin Community Hospital, Robert Beehler, Kurt Hoekendorf, Scott Reiner and William Brent Soper*

Dated: January 29, 2020	FENTON LAW GROUP, LLP

By: /s/ Benjamin J. Fenton
      Benjamin J. Fenton

*Attorneys for Defendant Paul Griffin*

Dated: January 29, 2020	CLAYPOOL LAW FIRM

By: /s/ Brian E. Claypool
      Brian E. Claypool

*Attorneys for Plaintiffs Thomas Reilly, Garrett Lee, Kevin Schmidt and Terry Hilliard*

Dated: January 29, 2020                    MCNICHOLAS & MCNICHOLAS, LLP

                                           By: /s/ Jeffrey R. Lamb
                                               Jeffrey R. Lamb

                                           *Attorneys for Plaintiffs Thomas Reilly,*
                                           *Garrett Lee, Kevin Schmidt and Terry Hilliard*

## ORDER

Pursuant to the parties' above stipulation (Doc. 44), the Mandatory Scheduling Conference currently set for February 20, 2020, is **CONTINUED to April 30, 2020 at 9:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto**. The parties SHALL file their joint scheduling report by no later than April 23, 2020.

IT IS SO ORDERED.

Dated:   **January 30, 2020**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE